# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 3, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149372(123)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

DENNIS LEE TOMASIK,
       Defendant-Appellant.

_____/

SC: 149372
COA: 279161
Kent CC: 06-003485-FC

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his brief on appeal is GRANTED. The brief will be accepted as timely filed if submitted on or before July 1, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2015



Clerk